In the Matter of the Rehabilitation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Regarding the Collateral of Group Series FW-1 Mortgage Participation Certificates, Issued and Guaranteed by New York Title and Mortgage Company. LOUIS H. PINK, Superintendent of Insurance, etc., as Liquidator of New York Title and Mortgage Company, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK and JESSIE B. CONGER and Others, Trustees, etc., Respondents.—Appeal from that part of an order of the Additional Special Term of the Supreme Court, New York county, entered November 20, 1935, as resettled by an order entered December 2, 1935, which subordinates the interest of the New York Title and Mortgage Company in the collateral involved in a certificated mortgage issue to the interest of certificate holders therein. Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ. [155 Misc. 651; 157 id. 271.]

In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 545 West End Avenue, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 18754. LOUIS H. PINK, Superintendent of Insurance, etc., as Rehabilitator of Lawyers Mortgage Company, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.—Appeal from that part of an interlocutory order of the Additional Special Term of the Supreme Court, New York county, entered February 27, 1936, and from that part of the final order of said court entered April 29, 1936, which subordinates the interest of the Lawyers Mortgage Company in the mortgage thereby reorganized to the interests of the holders of certificates therein. Appeal also from order granting reargument but adhering to the original decision of February 27, 1936. Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ. [157 Misc. 813.]

In the Matter of the Application of HUGH A. SPRAUVE, Petitioner-Respondent, for a Certiorari Order against THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion to vacate an order of certiorari to review the determination of the board of transportation in dismissing petitioner from the service of said board unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, on the authority of *Matter of Weinstock* v. *Hammond* (270 N. Y. 64). Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.